**No. 48099.**—Protest 788513–G of Peck & Mack Co. (New York).

418

Opinion by Tilson, J. In accordance with stipulation of counsel and on the authority of *Sprouse-Reitz Co., Inc.* v. *United States* (8 Cust. Ct. 159, C. D. 596) the merchandise in question was held dutiable at 1 cent per pound under the provision in paragraph 330 for "bolts, with or without threads or nuts, and bolt blanks, of iron or steel," as claimed.